EXHIBIT B

EXHIBIT

August 22, 2018 Frye vs. First State Bank Trial Day 2.txt

15    A.    The committee didn't approve it. I did.

16    Q.    Okay. So your answer is, no, a committee

17 didn't approve it?

18    A.    No. No committee approved it. I did.

19    Q.    Okay. Are you -- is that required by

20 banking policy?

21    A.    Again, I'm not sure what your question is.

22    Q.    A committee review.

23    A.    What actually happens is there is

24 generally a review officer that reviews them to

317

1 make sure the documents are correct and that sort

2 of thing.

3    Q.    But did that happen here?

4    A.    I would assume it did.

5    Q.    And I want to move forward, but, you know,

6 this is critical stuff and this seems like one of

7 those TV commercials with a politician. I'm trying

8 to ask you, was your loan reviewed or not?

9    A.    Let me say I don't remember if -- who

10 specifically reviewed it, but I guarantee it got

11 reviewed a couple of times subsequently both by

12 FDIC and our accounting firm and God knows who